IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CORY HICKS POPE PLAINTIFF

v. 4:25-cv-191-JM

UNITED STATES OF AMERICA DEFENDANTS

**ORDER**

Plaintiff filed a motion to dismiss her complaint against Defendant with prejudice, the parties having reached a compromised settlement. (Doc. No. 29). The motion is GRANTED. A separate judgment will be entered.

IT IS SO ORDERED this 5th day of August, 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE