IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CORY HICKS POPE PLAINTIFF

v. 4:25-cv-191-JM

UNITED STATES OF AMERICA DEFENDANTS

**JUDGMENT**

For reasons stated in the order entered this date, the complaint of the plaintiff against the defendant is dismissed with prejudice.

IT IS SO ORDERED this 5th day of August, 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE